IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC.,
a Florida not-for-profit corporation,
and PETER SPALLUTO, individually,

CIVIL ACTION NO.: 1:04-cv-12154-MLW

Plaintiff,

v.

BRE/SWISS LLC,
a Delaware limited liability company,

Defendant.
_____/

## PLAINTIFF'S LOCAL RULE 16.1 (d) CERTIFICATE

Pursuant to Local Rule 16.1(d)(3), the undersigned counsel and parties hereby certify that they have conferred:

(a)  With a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b)  To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

_____          _____
Peter Spalluto                                          Oliver Wragg, Esq. (BBO #643152)
                                                                Of Counsel
                                                                Fuller, Fuller & Associates, P.A.
                                                                12000 Biscayne Blvd., Suite 609
                                                                North Miami, FL 33181
                                                                (305) 689-0800

OOW:jl (jyl@fullerfuller.com)
*3623-MA* Joint Scheduling Statement (jl 11-5-04).wpd

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this _____ to:

Mary A. Lau, Esq.
Lau, Lane, Pieper, Conley
P.O. Box 838
Tampa, FL 33601
Tel.: (813)229-2121; Fax: (813)228-7710

                    The Plaintiff by his Attorney:
                    **FULLER, FULLER & ASSOCIATES, P.A.**
                    12000 Biscayne Blvd., Suite 609
                    North Miami FL 33181
                    Tel.: (305)891-5199; Fax: (305)893-9505
                    FFA@fullerfuller.com

                    By: _____
                    Oliver Wragg, Esq. (BBO #643152)
                    Of Counsel
                    Counsel for Plaintiff

OOW:jl (jyl@fullerfuller.com)
*3623-MA* Joint Scheduling Statement (jl 11-5-04).wpd