UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., and PETER SPALLUTO,<br><br>    Plaintiffs,<br><br>v.<br><br>BRE/SWISS, LLC,<br><br>    Defendant. | Civil Action<br>No. 04-12154-MLW |

**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF MARY A. LAU**

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, Gordon P. Katz, the undersigned attorney, hereby moves this Court to permit Mary A. Lau, Esq., to appear on behalf of defendant BRE/SWISS, LLC, in the above-captioned case *pro hac vice*. In support of this motion, the undersigned states as follows:

1. I am admitted to practice law and am in good standing before the United States District Court for the District of Massachusetts.

2. As set forth in her accompanying Declaration (attached as Exhibit "A"), Ms. Lau is a partner with the law firm of Lau, Lane, Pieper, Conley & McCreadie, P.A. of Tampa, Florida. Ms. Lau is a member in good standing of the Florida Bar and is admitted and in good standing before the United States District

# 2442596_v1

Court for the Middle District of Florida and the United States Court of Appeals for the Eleventh Circuit.

    3.   There are no disciplinary proceedings pending against Ms. Lau as a member of the bar in any jurisdiction.

    4.   Ms. Lau is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

    5.   Ms. Lau is, and shall remain during the course of this action, associated with the undersigned member of the bar of this Court.

    6.   A check for $50.00 made payable to the Clerk, U.S. District Court, representing the fee, accompanies this motion.

WHEREFORE, the undersigned respectfully requests that the Court grant this motion and permit Mary A. Lau to appear before this Court *pro hac vice*.

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for defendant made a good faith attempt to obtain concurrence to the relief sought in this motion and counsel for plaintiff assents to the motion.

                              BRE/SWISS, LLC

                              By its attorneys,

                              /s/ _____
                              Gordon P. Katz (BBO #261080)

                    HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
Tel:   (617) 523-2700
Fax:   (617) 523-6850
Email:  gordon.katz@hklaw.com

           and

<u>Of Counsel</u>:

Mary A. Lau
Florida Bar No. 228303
LAU, LANE, PIEPER, CONLEY &
    McCREADIE, P.A.
100 South Ashley Drive, Suite 1700
P.O. Box 838
Tampa, FL  33601-0838
Tel:   (813) 229-2121
Fax:   (813) 228-7710
Email:  mlau@laulane.com

Dated:     December 6, 2004
          Boston, Massachusetts