# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC. and
PETER SPALLUTO,

       Plaintiffs

v.                             CASE NO.:  1:04-CV-12154-MLW

BRE/SWISS, LLC

       Defendant.

_____/

## DECLARATION OF MARY A. LAU, ESQ.,
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Mary A. Lau, Esq., in support of Defendant BRE/SWISS, LLC, Assented To Motion For Admission *Pro Hac Vice*, hereby aver and state as follows:

1.     I am over 18 years of age and qualified to make this Declaration.

2.     I am a practicing attorney associated with the law firm of Lau, Lane, Pieper, Conley & McCreadie, P.A., located at 100 South Ashley Drive, Suite 1700, Tampa, FL 33602.  I can be contacted during business hours at 813/ 229-2121.

3.     I represent defendant BRE/SWISS, LLC, d/b/a Montblanc in the above-captioned action.

4.     I am a member of the bar of the State of Florida and in good standing since May 31, 1977.  My Florida Bar number is 228303.

5.     I am admitted to practice and in good standing before the United States District Court for the Middle District of Florida and the United States Court of Appeals for the Eleventh Circuit.

6.    I am not currently suspended or disbarred in any jurisdiction.

7.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

8.    I am currently actively associated with Gordon P. Katz, Esq., who is a member of the bar of this Court.


I hereby swear upon penalty of perjury that the foregoing Declaration is true to the best of my knowledge.

Dated:  December 1, 2004

_____
Mary A. Lau, Esq.

# Supreme Court of Florida
## Certificate of Good Standing

*I, THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### MARY A. LAU

*was admitted as an Attorney and Counsellor entitled to practice law in all the Courts of the State of Florida on* **May 31, 1977,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this March 6, 2003.*

By: _____
Deputy Clerk

_____
*Clerk of the Supreme Court of Florida.*

AO 136 (Rev. 11/99) Certificate of Good Standing

# United States District Court

## Middle District of Florida

### CERTIFICATE OF
### GOOD STANDING

I, SHERYL L. LOESCH, Clerk of this Court, certify that

MARY A. LAU, Bar #228303, was duly admitted to practice

in this court on July 1, 1977, and is in good standing as a

member of the Bar of this Court.

Dated at Tampa, Florida on March 7, 2003

SHERYL L. LOESCH, CLERK

Deputy Clerk