UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., and PETER SPALLUTO,<br><br>    Plaintiffs,<br><br>v.<br><br>BRE/SWISS, LLC,<br><br>    Defendant. | Civil Action<br>No. 04-12154-MLW |

### JOINT MOTION TO EXTEND SCHEDULING CONFERENCE

Pursuant to Federal Rule of Civil Procedure 7(b), defendant BRE/Swiss LLC, and plaintiffs Access 4 All, Inc. and Peter Spalluto, move to reschedule the Scheduling Conference as deemed appropriate by the Court based upon the following facts:

1. On January 26, 2005, plaintiffs, with the assent of defendant, will conduct a Rule 35(b) inspection of defendant's property, the Hyatt Regency Boston Financial District, in order to view the premises relative to alleged violations of the American with Disabilities Act (ADA) 42 U.S.C. 12181, *et seq.*

2. Plaintiffs' expert, Herbert Neff, will conduct said inspection. At the completion of said inspection, it is expected that Mr. Neff will compile a comprehensive report of his findings and submit said report to the parties by the end of February, 2005.

3. On January 10, 2005, the Court issued a notice of a scheduling conference to be held on February 2, 2005, at 4:00 p.m.

# 2531920_v1

4. When plaintiffs' expert issues the report of his inspection, it will likely narrow the issues for which discovery may be needed and possibly lead to a resolution of the case.

WHEREFORE, the defendant and plaintiffs respectfully request that the Court reschedule the Scheduling Conference for a date following April 1, 2005.

| | |
|---|---|
| ACCESS 4 ALL, INC. a Florida Not-for-Profit Corporation, and PETER SPALLUTO, Individually | BRE/SWISS, LLC |
| By their attorneys, | By its attorneys, |
| /s/ O. Oliver Wragg<br>O. Oliver Wragg (Bar #643152)<br>FULLER, FULLER AND ASSOC., P.A.<br>Suite 609<br>12000 Biscayne Boulevard<br>North Miami, FL  33181<br>Tel:    (305) 891-5199 - Dade<br>        (954) 463-6570 - Broward<br>Fax:    (305) 893-9505<br>Email: ffa@fullerfuller.com | /s/ Gordon P. Katz<br>Gordon P. Katz (BBO #261080)<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>Boston, MA  02116<br>Tel:   (617) 523-2700<br>Fax:   (617) 523-6850<br>Email: gordon.katz@hklaw.com<br><br>and<br><br>Mary A. Lau<br>Florida Bar No. 228303<br>LAU, LANE, PIEPER, CONLEY &<br>     McCREADIE, P.A.<br>100 South Ashley Drive, Suite 1700<br>P.O. Box 838<br>Tampa, FL  33601-0838<br>Tel:   (813) 229-2121<br>Fax:   (813) 228-7710<br>Email: mlau@laulane.com |

Dated:     January 18, 2005
           Boston, Massachusetts

# 2531920_v1                              2