UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Not-for-Profit Corporation, and PETER SPALLUTO, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>BRE/SWISS, LLC, a Delaware Limited Liabilty Company,<br><br>Defendant. | Case Number:04-cv-01254 |

## PLAINTIFFS' LIST OF PERSONS THEY WISH TO DEPOSE

Plaintiffs, Access 4 All, Inc. and Peter Spalluto hereby submit this disclosure of the person(s) they wish to depose.

1. Defendants' corporate representative(s) with the most knowledge pertaining to the Defendants' compliance with the ADA and the financial affairs of the Defendants.

FULLER, FULLER AND ASSOCIATES, P.A.

Date: 3/28/05

By: _____
O. Oliver Wragg, Esquire
*Of counsel*
12000 Biscayne Blvd., Suite 609
North Miami, Florida 33181
(305) 891-5199
(305) 893-9505