UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ACCESS 4 ALL, INC., et al**                               CIVIL  CASE
                                                            NO. 04-12154-MLW

      V.

**BRE/SWISS, LLC**
      Defendant(s)

**NOTICE OF RESCHEDULING/CANCELLATION**

**WOLF, D.J.**

The **16b SCHEDULING CONFERENCE** originally scheduled for **APRIL 6, 2005** at **4:00 P.M.** before Judge **Wolf**, has been CANCELLED.  It has been RESCHEDULED for **APRIL 22, 2005** at **4:00 PM** in courtroom 10 on the 5th floor.

                                            SARA A. THORNTON
                                            CLERK OF COURT

**April 4, 2005**                          By:   /s/ Dennis O'Leary
Date                                             Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                              [ntchrgcnf.]