UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACESS4ALL, INC. et al,<br>    Plaintiff(s) | )<br>)<br>) |
| v. | )   C.A. No.   04-12154-MLW |
| | ) |
| BRE/SWISS LLC,<br>    Defendant(s) | )<br>)<br>) |

## SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised on April 19, 2005 by defendant's counsel that the above-captioned action settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

By the Court:
Sara A. Thornton, Clerk

April 19, 2005                    /s/Dennis O'Leary
Date                              Deputy Clerk